**1**

### HUNKIN–CONKEY CONSTRUCTION COMPANY and Anchor Fireproofing Company, Plaintiffs in Error, v. John Henry BRADLEY, Defendant in Error.

(Circuit Court of Appeals, Fourth Circuit. June 11, 1926.)

No. 2478.

In Error to the District Court of the United States for the Western District of South Carolina, at Greenville.

Dakyns B. Stover, Haynsworth & Haynsworth, and Stephen Nettles, all of Greenville, S. C., for plaintiffs in error.

Dean, Cothran & Wyche, of Greenville, S. C., for defendant in error.

PER CURIAM. Consent judgment filed. Cost to be paid by plaintiffs in error.

---

**2**

### KALAMAZOO CITY SAVINGS BANK OF KALAMAZOO, MICH., v. MICHIGAN TRUST COMPANY, Receiver of Worden Grocer Company.

(Circuit Court of Appeals, Sixth Circuit. November 3, 1926.)

No. 4786.

Appeal from the District Court of the United States for the Western District of Michigan.

Adams & Van Horn, of Kalamazoo, Mich., for appellant.

Travis, Merrick, Warner & Johnson, of Grand Rapids, Mich., for appellee.

PER CURIAM. Docketed and dismissed pursuant to stipulation of counsel.

---

**3**

### LAMSON COMPANY, v. SECURITY TRUST COMPANY, Receiver of the Elliott-Taylor-Woolfenden Company.

(Circuit Court of Appeals, Sixth Circuit. November 3, 1926.)

No. 4785.

Appeal from the District Court of the United States for the Eastern District of Michigan.

De Lancey C. Haven, of Detroit, Mich., for appellant.

Stevenson, Butzel, Eamon & Long, of Detroit, Mich., for appellee.

PER CURIAM. Docketed and dismissed upon motion of counsel for the appellee.

---

**4**

### In the Matter of Herman N. LANDAU, Bankrupt; George Feinberg, Petitioner.

(Circuit Court of Appeals, Second Circuit. November 12, 1926.)

No. 97.

Petition to Revise Order of the District Court of the United States for the Southern District of New York.

B. B. Greller, of New York City, for petitioner.

Harold Remington, of New York City, for respondent.

Before HOUGH, HAND, and MACK, Circuit Judges.

PER CURIAM. Order affirmed in open court.

---

**5**

### LEWIS, HUBBARD & COMPANY, a Corporation, and Brown Milling & Produce Company, a Corporation, Appellants, v. Lee H. HENKEL, as Trustee in Bankruptcy of Grant THOMAS, Bankrupt, Appellee.

(Circuit Court of Appeals, Fourth Circuit. November 18, 1926.)

No. 2562.

Appeal from the District Court of the United States for the Southern District of West Virginia, at Charleston, in Bankruptcy; George W. McClintic, Judge.

Howard N. Luckey, of Charleston, W. Va., for appellants.

Alvin J. Barnhart, of Charleston, W. Va., for appellee.

Before ROSE and PARKER, Circuit Judges, and WATKINS, District Judge.

PER CURIAM. What the appellants say they did demonstrates that, when they obtained their preferences, they knew the bankrupt was insolvent. The allegations and proofs sustain the equity jurisdiction of the court below.

Affirmed.